Exhibits

1. A1,A2 Tort claim notice and response... (A)
2. B1,B2 : Executive directive... (B)
3. Grievance filed ..(C).
4. (D.) Sanction of restitution of $7,500 ....
5. (E) modified santion of restitution ...
6. (F) Return of Appeal...
7. Tort Claim sent out once (G)
8. (H) IC 35-43-4-2
9. (I) Tort Claim sent out after taking check from Plaintiff
10. (J) Checks taken
11. (K) Mental Health Records...

**OFFICE OF THE ATTORNEY GENERAL**
INDIANA GOVERNMENT CENTER SOUTH, FIFTH FLOOR
302 W. WASHINGTON STREET • INDIANAPOLIS, IN 46204-2770
www.AttorneyGeneral.IN.gov

GREG ZOELLER
INDIANA ATTORNEY GENERAL

TELEPHONE: 317.232.62[illegible]
FAX: 317.232.7979

January 13, 2014

Teresa Littlejohn, Tort Claims Investigator
Wabash Valley Correctional Facility
6908 S. Old U.S. Highway 41
Carlisle, IN 47838

| RE: | Tort Claim From: | George Sisk, #944137 |
|---|---|---|
| | DOC Claim Number: | N/A |
| | Our File Number: | 13-10507 |
| | Date of Incident: | 8/13/11 – Ongoing |

Dear Ms. Littlejohn:

The Special Investigations Division of the Office of the Attorney General has reviewed the Tort Claim submitted by the above-named offender.

A thorough review of the information provided has been completed and a determination with respect to this claim has been reached. Based on our review, and the recommendation from the Department of Correction, it is our position that a settlement is not warranted in this matter and, therefore, the claim is denied.

If the offender wishes to pursue this matter, we encourage him to seek advice from legal counsel concerning his options.

Sincerely,

Office of the Attorney General
Special Investigations Division

EXHIBIT
A

STATE OF INDIANA
Department of Correction
Indiana Government Center – South
302 W. Washington Street • Indianapolis, Indiana 46204-2738
Phone: (317) 232-5711 • Fax: (317) 232-6798 • Website: www.in.gov/indcorrection/

Mitchell E. Daniels, Jr.
Governor

Edwin
Comm

December 9, 2010

**EXECUTIVE DIRECTIVE: # 10 – 62**

This Executive Directive presents an update to the Disciplinary Code for Adult Offenders. This Executive Directive supersedes Executive Directives: # 09-07, # 09-11, the portion of Executive Directive: # 09-34 relating to the Disciplinary Code offenses, # 10-19 and # 10-43. The changes presented in this Executive Directive are to be effective January 15, 2011.

At this time, the State of Indiana is reviewing the sentencing portions of the Criminal Code. Based upon information that has been received, it appears that there may be significant changes in sentencing of offenders in Indiana. These changes will very possibly impact the Disciplinary Code for Adult Offenders. For these reasons, it has been determined that the Department will not implement a new Disciplinary Code for Adult Offenders at this time. The facilities housing adult offenders are to continue to follow the basic administrative procedures that went into effect January 1, 2004, with a few exceptions which were presented previously in the above mentioned Executive Directives and are incorporated in this Executive Directive.

The changes in the 2004 Disciplinary Code for Adult Offenders that are to be implemented effective January 15, 2011 are as follows:

- The Department will continue to utilize a Hearing Officer rather than a three (3) member Hearing Board as presented in Executive Directive: # 08-49.
- The basic sanction guidelines that the adult facilities are to follow are similar to the guidelines presented with the policy and procedures that were distributed with Executive Directive: # 10-19; however, there have been some changes made to clarify issues that have been raised. Staff imposing sanctions are to be reminded that even though the attached Sanction Guidelines present the maximum sanctions for a given level of offense, the Hearing Officer is to determine the appropriate sanction for the offense and is encouraged to give lesser sanctions, if appropriate. Attached is the new sanctioning guidelines with notes that are to be used effective January 15, 2011.
- The procedures for the Restoration of Lost Earned Credit Time are the same as presented in Executive Directive: # 09-07 and are attached.
- There have been several changes in the list of offenses from the lists that were distributed with previous Executive Directives. The attached list has incorporated all of the changes previously made and also includes new changes to comply with Policy 02-01-115.
- Appeals will continue to be handled in the manner as presented in Executive Directive: # 09-10.

EXHIBIT B page 1

EOE

- Attached are copies of two (2) brochures, one for staff and the other for adult offenders that incorporates these changes. Each facility housing adult offenders is to make sufficient copies of these brochures (2-sided) to give to each offender and to staff who may either be involved in the disciplinary process or who may write a "Report of Conduct."

It is anticipated that once the General Assembly has completed its work on the revisions to the Criminal Code, staff will again review the Disciplinary Code for Adult Offenders and additional revisions will be made. Until that time, the 2004 Disciplinary Code and the attached revisions shall be the procedures to be followed.

Please ensure that this Executive Directive and its attachments are posted in all housing units and in other locations, including the Law Library, where offenders will have access to them. Also, please ensure that copies of this Executive Directive and its attachments are posted in areas where staff will have access to them and include information on the facility's "SCOOP" or other methods of communicating new information to staff. Please ensure that all staff who serve as Disciplinary Review Officers, Hearing Officers and Appeal Responders are provided with a complete copy of this Executive Directive. Additionally, please ensure that all offenders and staff who have regular contact with the offender population are provided with a copy of the appropriate brochure for the Disciplinary Code for Adult Offenders.

If there are any questions regarding this Executive Directive or the attachments, please contact the Department's Policy Manager

Signature on File
Edwin G. Buss
Commissioner





OFFENDER GRIEVANCE
State Form 45471 (R2 / 1-10)
INDIANA DEPARTMENT OF CORRECTION

For Official Use Only

Grievance Number

| To: | Facility: | Date (month, day, year): |
|---|---|---|
| EXECUTIVE ASSISTANT | WVCF | 12-20-2011 |

| From (name of offender and DOC number): | Signature of Offender: |
|---|---|
| George Sisk 944137 | George Sisk |
| **Housing Assignment:** | **Date of Incident (month, day, year):** |
| B 505 | Aug 13, 2011 |

*Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance. (NOTE: A Single ONE-sided 8½" X 11" sheet of paper may be attached if necessary to explain your grievance.)*

I would like to know how the state can charge me 1000.00 for so one medical exspenas. when I'm not even the person that assaulted the Victim. All I didn't do is tell who the person was! Plus what policy in the DOC Hand Book or Procedures states that its my job to pay for someone else medical. I've seen people hurt C/O's and even stab peope that caused allmost Death. Please let me know where It lies in any proce that I have to pay 1000.00 for something I didn't do. Furthermore, the State hasn't even lost a 1000.00 on the Alleged victim that they say I Assaulted with a Weapon. Please help me out here. Thank you, Mr. George Sisk
Pluse The sanction that was given to me was 2000 or less. How can they charge me 1000 or 2500?

*State the relief that you are seeking.*

To get my money back on my Books, And not have to pay the medical exspe

- INFORMAL RESOLUTION -

| Staff Person(s) Contacted: | Date Response Received (month, day, year): |
|---|---|
| Counselor | 12-20-2011 |

*State the response that was given to you by the staff person contacted. If you received no response, state the date you contacted staff person and that you have received no response.*

CAB issue. You need to file CAB appeal.

EXHIBIT
C

Signature of Executive Assistant

Date (month, day, year):

INDIANA DEPARTMENT OF CORRECTION

# REPORT OF DISCIPLINARY HEARING

Case number: WCU-07-0283

DOC number: 944137

Name: SISK GEORGE

Date: 07/18/11

Code: 102A Committing Battery Upon Anot

Offender's comment: Accepts Statement 973660 as read by Advocate. They lying. I don't care what they say. I don't know what happened.

The evidence and / or witness statements that you requested at your screening or were otherwise requested by staff was / were considered. The following evidence was relied on to reach the decision in this hearing:

☒ Staff Reports ☒ Statement of Offender ☐ Evidence from Witnesses ☒ Other (specifically: [illegible])

☐ Physical Evidence (specifically:

Decision: ☐ Dismissed ☒ Guilty ☐ Not Guilty

Confidential Imposed: ☐ Yes ☒ No

Reason for decision: DHB finds Sisk 944137 Guilty of A 102. This is an egregious offense and is sanctioned as such.

If finding is guilty, the following sanction(s) is / are hereby imposed / Recommended:

NON-GRIEVOUS LOSS

☐ Written reprimand specifically:

☐ Change in work / housing assignment, specifically:

☐ Disciplinary segregation (less than 15 days) specifically:

☐ Extra work duty, specifically:

☒ Inter-Facility transfer recommendation, specifically: Higher Level

☐ Loss of privileges, specifically:

☒ Restitution, ($200.00 or less) specifically: up to $4500.00 [illegible] Procedure

GRIEVOUS LOSS

☒ Disciplinary segregation, specifically: 1 yr Seg [illegible]

☐ Restitution, (over $200.00) specifically:

☒ Recommended earned credit time deprivation of 1 year days

☒ Recommended credit class (☒) change from 2 to 3

☒ Imposition of suspended sanction: case number:

Sanction imposed:

APPROVED

Reasons for sanctions imposed: ☒ Seriousness ☒ Frequency / Nature ☐ Offender's attitude and demeanor during hearing ☐ Likelihood of sanction having a corrective effect on offender's future behavior

☒ Degree to which violation disrupted / endangered security of facility

Hearing date:

Name / title: [illegible]

I have been made aware of this disposition / recommendation and of my right to appeal.

Offender signature:

Release date:

EXHIBIT D

Distribution: [illegible]

Plainfield Correctional Facility

AUG 15 2011

Received Administration

# DISCIPLINARY HEARING APPEAL

State Form 39587 (R3/4-94)

INDIANA DEPARTMENT OF CORRECTION

Case number: IYC 11-07-0283

INSTRUCTIONS: Type or Print clearly

| Name of offender | | Offender's DOC number | Facility | Housing unit |
|---|---|---|---|---|
| George Sisk | | 944137 | IYC | BL 14 |
| Date of hearing | Offense | | Code number | Date of first appeal |
| 8-13-11 | Committing Battery with Weapon | | 102 | 8-13-11 |

INSTRUCTIONS: Appeal must first be made to the facility head within ten (10) working days of the hearing. The individual making the appeal will do so in Section 1 and forward to the facility head, who will make his response in Section 2. The facility head is the final reviewing authority for appeals not involving grievous loss sanctions. If the response is unfavorable and involves grievous loss sanctions, the offender may then forward the appeal, within fifteen (15) working days of the date the response is received from the facility head, to the appropriate Final Reviewing Authority.

**Appeal to Facility Head (Be specific in stating reason(s) for appeal)**

I was written up for hitting someone with a lock! I never fist argue with a lock and the write up was false. Also, when stillwell wrote the write up. She had that I was in control of a control substance. When I went to Screening they changed the write up to A (102 A) Now in the code of conduct booklet that's here at IYC. It states that If someone other than the person that wrote the write up changes anything on the write up. That person has to intial the write up were they changed it. That was not done, nor did they give the write up back to Miss Stillwell to change the offense herself. By the Code of Conduct that is here at IYC, my write up should have been thrown out because of proper procedures wasn't followed. Also, I wasn't given a copy of the second continuance that the DHB made me take. The incedent took place July 8, 2011 I never went to the Lockup until Aug 13. If I was suppose to be under invest[illegible]

Signature of offender: George Sisk

Date:

**Response of Facility Head to appeal**

I have reviewed your appeal and all records pertaining to your code 102 A violation.

~~However, as there is no complete medical bill I will modify restitution to $1,000.00. All other sanctions remain as imposed.~~

~~As this case does involve grievous loss, you may appeal to the Final Reviewing Authority.~~

EXHIBIT E

Signature of Facility Head: [signature]

Date: 8/25/11

DJB-14

STATE OF INDIANA
Department of Correction
Indiana Government Center—South
302 W. Washington Street • Indianapolis, Indiana 46204-2738
Phone: (317) 232-5711 • Fax: (317) 232-6798 • Website: www.in.gov/indcorrection/

Mitchell E. Daniels, Jr.
Governor

Bruce Lemmon
Commissioner

September 22, 2011

Mr. George Sisk #944137
Plainfield Correctional Facility
727 Moon Road
Plainfield, Indiana 46168

RE: Case No. IYC-11-07-0283

Dear Mr. Sisk:

Your appeal on the disciplinary action taken against you in the above-cited cases has been received.

I have reviewed all the issues brought to the Superintendent on appeal. There is no evidence of procedural or due process error. The conduct report is clear and does support the charge. The sanctions imposed were within the guidelines of the Disciplinary Code for Adult Offenders.

There is sufficient evidence to support the decision of the DHB.

APPEAL DENIED

Sincerely,

9/28/11

Michael Barnes
Legal Services Division

EXHIBIT
F

cc: Offender Packet (facility)
Offender Packet (CO)

# LAW LIBRARY MAIL LOG

| NAME | DATE | DOC # | TITLE |
|---|---|---|---|
| SISK GEORGE E | 9/21/2011 | 944137 | ATTORNEY GENERAL I.G.C.S, FIFTH FLOOR 302 WEST |
| SISK GEORGE E | 9/21/2011 | 944137 | INDIANA DEP. CORR. 302 W. WASHINGTON ST. INDIANA |

TOTAL

EXHIBIT G

B. Crimes Against Property

1. Arson (IC 35-43-1-1):

Proposal: Amend law to permit separate counts for multiple victims. (Current case law permits only one count of arson regardless of the number of victims in a single fire, based on the current wording of the statute.)

X 2. Computer Tampering (IC 35-43-1-4 being repealed and replaced by NEW section IC 35-43-1-7):

Proposal: Modernize statute, using significant portions of Florida statute.

a. Treat malicious hackers more seriously than "adventure seekers".
b. Adopt more modern approach based on contemporary technology.

3. Burglary (IC 35-43-2-1):

a. Proposal: Amend to include breaking and entering coupled with the commission of a felony after entering, regardless of prior intent to commit a felony.
b. Proposal: Amend to include intention to commit "theft or a felony" (see Theft statute, below).
c. Proposal: As under original 1977 law, punish burglary of dwelling more severely than burglary of any other structure (based on expectation of safety and protection in a person's residence).
d. Proposal: Clarify statute: same penalty should apply regardless of whether structure is occupied at the time of the burglary.
d. Proposal: Outcome (e.g., bodily injury) should increase the penalty proportionally to severity of outcome.
e. Proposal: Increase penalty to the highest level (Level 1 felony) the burglary of a dwelling causing serious bodily injury (Note: burglary resulting in death falls under the Felony-Murder statute).

✓ 4. Theft/Receiving Stolen Property (IC 35-43-4-2):

Proposal: Create a dollar threshold of $750 for felony theft (Level 6) and reduce threshold to $50,000 for Level 5

a. Current Indiana law:
   1. All theft is a felony (Class D).
   2. The alternative charge of (misdemeanor) conversion is available at the discretion of prosecutors.

Exhibit 3H

**34-13-3-4. Maximum combined aggregate liability.**

(a) The combined aggregate liability of all governmental entities and of all public employees, acting within the scope of their employment and not excluded from liability under section 3 [IC 34-13-3-3] of this chapter, does not exceed:

(1) for injury to or death of one (1) person in any one (1) occurrence:

(A) three hundred thousand dollars ($300,000) for a cause of action that accrues before January 1, 2006;

(B) five hundred thousand dollars ($500,000) for a cause of action that accrues on or after January 1, 2006, and before January 1, 2008; or

(C) seven hundred thousand dollars ($700,000) for a cause of action that accrues on or after January 1, 2008; and

(2) for injury to or death of all persons in that occurrence, five million dollars ($5,000,000).

(b) A governmental entity or an employee of a governmental entity acting within the scope of employment is not liable for punitive damages.

History. P.L.1-1998, § 8; P.L.108-2003, § 2; P.L.161-2003, § 6; P.L.97-2004, § 114.

Notes to Decisions

In General.
Constitutionality.
Action against Governmental Entity.
Applicability.
Motion to Correct Errors.
—Consideration of.
Insurance.
Per-Person Cap.
Public Policy.
Purpose.
Retrospective Application.
Self-Insurance.
Separate Causes of Action.
When Section Applied.

**In General.**

Since the common law doctrine of governmental immunity no longer has force and effect the provision limiting recovery to the maximum amount of insurance in force was an anachronism and no longer applicable and a judgment may be recovered against the state for tort committed in the exercise of either a governmental or a proprietary function without limitation as to amount. Klepinger v. Board of Comm'rs, 143 Ind. App. 178, 239 N.E.2d 160, 1968 Ind. App. LEXIS 456 (1968), superseded by statute as stated in, Tittle v. Mahan, 582 N.E.2d 796, 1991 Ind. LEXIS 250 (Ind. 1991), disapproved, Campbell v. State, 259 Ind. 55, 284 N.E.2d 733, 1972 Ind. LEXIS 445 (1972); State v. Turner, 153 Ind. App. 197, 32 Ind. Dec. 409, 286 N.E.2d 697, 1972 Ind. App. LEXIS 729 (1972); State v. Daley, 153 Ind. App. 330, 32 Ind. Dec. 595, 287 N.E.2d 552, 1972 Ind. App. LEXIS 747 (1972).

EXHIBIT E

**Constitutionality.**

The liability limitations of this section reflect a proper exercise of the legislature's authority and do not violate Ind. Const., art. 1, § 12. Dillon

ibcode

© 2013 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Claim 2: Ind. Dep't of Corr. Warden Butts

# Notice of Tort Claim

Pursuant to the Requirements of Indiana Tort Claim Act, Ind. Code §§ 34-13-3-1 et. seq..

George Sisk give notice that he has a claim against the state of Indiana and the Indiana Department of Correction. the Claimant would provide the following information concerning his claim:

(1) The Claimant's name and D.O.C number: George Sisk 944137

(2) The claimant's current residence: New Castle Correctional Facility PO Box 6 New Castle, Indiana 47362

(3) The claimant's residence at the time of his loss or injury: 727 moon Rd. (I.Y.C.)(Plainfield Corr. Facility) 46168

(4) The name of all persons involved in this claim or having knowledge of the circumstances are: State of Indiana, Indiana Department of Correction, Brian Smith, Kenneth Gray, Mitchell E. Daniels JR., Michael R. Pence, Michael Barnes, Bruce Lemmon, Warden Butts

(5) The date of the loss or injury, the extent of the loss or injury and the circumstances which brought about this claim are as follows. On December 9th, 2010 The Indiana Department of Corrections implemented a Policy that derived from a State Law that was going into effect in January of 2011. the Executive Directive gave appeal officers authority to sanction inmates to restitution of what the officers felt was rightfully. The Disciplinary Hearing officers Kenneth Gray followed the Executive Directive and sanctioned Mr. Sisk to 7500. I appelled the sanction to Brian Smith who deducted $1000 for restitution because there was not any amount to charge Mr. Sisk (George Sisk 944137) every since Aug 13th 2011, that I.Y.C has been taking money from Mr. Sisk prison account everytime Mr. Sisk gets money. Executive Directive 10-62

(6) The amount of damages sought by Claimant is as follows. 5 million, ~~5.7 million from~~ 5 million the State of Indiana, 5.7 million from the Indiana Department of Correction, 5.7 million from the employees for the tort committed. 2 million from Warden Butts

DATED: 10/08/2014

[signature]
Claimant

**RECEIPT**
**TRUST FUND**
State Form 9415 (R2 / 1-05)
Approved by State Board of Accounts, 1988

**No.**

Name and address of agency:

New Castle Correctional Facility
1000 Van Nuys Road
New Castle, IN 47362

Name and address funds received from:

MARION CO JAIL

| | |
|---|---|
| Name account credited to: GEORGE SISK | |
| Identification number: 944137 | |
| Document number: 31959 | |
| Amount deposited: $ 57.00 | Amount withdrawn: $ |
| Account balance (*after transaction*): $ | |
| Date funds received (*month, day, year*): 8/28/2014 | |
| Signature of receiver: JG | |

DISTRIBUTION: White - Business Office; Canary - Depositor; Pink - Payer / Mailroom

**RECEIPT**
**TRUST FUND**
State Form 9415 (R2 / 1-05)
Approved by State Board of Accounts, 1988

**No.**

Name and address of agency:

New Castle Correctional Facility
1000 Van Nuys Road
New Castle, IN 47362

Name and address funds received from:

MARION CO JAIL

| | |
|---|---|
| Name account credited to: GEORGE SISK 944137 | |
| Identification number: ~~167942~~ | |
| Document number: ~~31504~~ | |
| Amount deposited: $ 22.00 | Amount withdrawn: $ |
| Account balance (*after transaction*): $ | |
| Date funds received (*month, day, year*): 8/13/2014 | |
| Signature of receiver: JG | |

DISTRIBUTION: White - Business Office; Canary - Depositor; Pink - Payer / Mailroom

Ex.
Y-5

**DEPARTMENT OF CORRECTION**

**SITE: NCP**
**COMPLETED BY: Penelope Wadleigh, NP 05/10/2014 4:37 PM**

---

| | |
|---|---|
| PATIENT: | GEORGE SISK |
| IDOC# | 944137 |
| DATE OF BIRTH: | 09/16/1977 |
| DATE: | 05/10/2014 4:37 PM |
| HISTORIAN: | self |
| VISIT TYPE: | Medication Management |

---

**History of Present Illness**

This 36 year old male presents with:

**1. BH - Medication Management**

Ct revewed Tolerates the perphenazine will, compliant and no akathisia/dystonia or tic Reflects that "i used to be eive I heard things, I heard people having sex from the ventilation system...like it was on speakers or something....I still hear a "noise...not clearly a voice" I wish I cojld have 100% loss of that noise" Is euthymic, TPLGD, no akathsia/dystonia/tic no si/hi no delusional material expressed today. Cl aims to have been in the SHU in 2012...The COs report this offender believes they are "targeting him"...."he's a victim of thier threats...things between them escalate quickly they say. Offender is adjusting to a different type of CO here in MH vs the SHU

**Chronic Problems**

| Axis | Description |
|---|---|
| | Esophageal reflux |
| | Unspecified psychosis |
| Axis III | Hemorrhoids |
| Axis III | Pain in joint involving lower leg |

**Medical/Surgical History**

**Medications**

**Active - Medication Module:**

| Medication Name | Sig | Start Date | Stop Date |
|---|---|---|---|
| Zantac 150 mg tablet | Take one tablet by mouth two times per day | 04/25/2014 | 10/25/2014 |
| perphenazine 4 mg tablet | Take one tablet by mouth twice daily | 03/31/2014 | 07/01/2014 |
| Naprosyn 500 mg tablet | 1 tab po bid, prn | 02/24/2014 | 05/24/2014 |

**Inactive - Medication Module:**

| Medication Name | Sig | Start Date | Stop Date |
|---|---|---|---|
| amoxicillin 500 mg capsule | take one 2 x a day x 10 days | 04/25/2014 | 05/04/2014 |
| Zantac 150 mg tablet | Take one tablet by mouth two times per day | 04/17/2014 | 04/27/2014 |
| Zantac 150 mg tablet | Take one tablet by mouth two times per day | 01/23/2014 | 04/17/2014 |
| Geodon 40 mg capsule | Take one tablet by mouth in the evening | 03/10/2014 | 03/31/2014 |
| Motrin 800 mg Tab | Take one tablet by mouth three times per day prn pain. | 02/24/2014 | 02/18/2014 |
| Motrin 800 mg Tab | Take one tablet by mouth three times per day prn pain. | | 12/29/2011 |

EX. K

02/18/2014
ACETAMINOPHEN 325 mg ORAL TABLET Follow directions on package 02/08/2014 02/12/2014
Miranel AF 2 % Topical Cream Apply cream to affected area twice per day, prn 09/16/2013
12/30/2013
Zoloft 50 mg tablet Take one tablet by mouth twice daily 11/20/2013 12/16/2013
Risperdal 1 mg tablet Take one tablet by mouth in the evening 10/14/2013 12/16/2013
Diflucan 150 mg tablet Take one tablet by mouth daily x 7 days 09/16/2013 09/24/2013
Miranel AF 2 % Topical Cream Apply cream to affected area twice per day 07/30/2012 09/16/2013
Antifungal (tolnaftate) 1 % Topical Cream Follow directions on package 08/02/2013 08/09/2013
HYDROCORTISONE 1 % TOPICAL OINT. (G) Follow directions on package
05/24/2013 05/27/2013
hydrocortisone 0.5 % Topical Cream 07/30/2012 09/10/2012
ibuprofen 600 mg Tab Take one capsule by mouth three times per day 07/25/2012
08/04/2012
cephalexin 500 mg Cap Take one capsule by mouth four times per day 07/25/2012
08/04/2012
Antifungal (tolnaftate) 1 % Topical Cream Follow directions on package 07/16/2012 07/23/2012
Hemorrhoidal 1 %-12.5 % Ointment Apply cream to affected area twice per day 01/30/2012 04/29/2012
Dulcolax 5 mg Tab 1 t ab bid Prn 01/30/2012 04/29/2012
Colace 100 mg Cap 1 T bid 01/30/2012 04/29/2012
Remedy Antifungal 2 % Topical Cream apply bid 01/23/2012 04/23/2012
Nupercainal 1 % Ointment Use as directed on package insert. 01/30/2012 01/30/2012
Nupercainal 1 % Ointment Use as directed on package insert. 12/28/2010 01/30/2012
Remedy Antifungal 2 % Topical Cream 12/28/2010 01/23/2012
amoxicillin 500 mg Cap Take one capsule by mouth three times per day until gone. 12/29/2011
01/08/2012
Acetaminophen 325 mg Tab Follow directions on package 12/18/2011 12/21/2011
Naprosyn 500 mg Tab 1 tab po bid 12/28/2010 04/28/2011
Anusol-HC 25 mg Suppository Unwrap and insert 1 suppository rectally every 4 hours as needed
12/28/2010 04/28/2011
Naprosyn 500 mg Tab 1 tab po bid 10/08/2010 11/08/2010
Tolnaftate 1 % Topical Cream Follow directions on package 10/18/2010 10/23/2010
Anusol-HC 25 mg Suppository Unwrap and insert 1 suppository rectally every 4 hours as needed
10/08/2010 10/15/2010
Tolnaftate 1 % Topical Cream Follow directions on package 08/08/2008 08/18/2008
Alamag 300 mg-150 mg Chewable Tab Follow directions on package 12/06/2007 12/16/2007

**Medication Compliance as Prescribed:**
Patient is compliant with medication as prescribed.
**Medication Response:**
Moderate improvement.
**Side Effects/ Adverse Reactions:**
Denied

**Mental Status**

The patient is exhibiting signs of psychosis. No signs of mania.
Patient's appearance is appropriate.
Patient is oriented to person, place, time and situation.
Behavior is described as regressive.
Psychomotor behaviors are unremarkable.

Speech is appropriate.
Patient's affect is appropriate.
Patient's mood is anxious and irritable.
Memory is intact.
Sensorium is clear consciousness.
Patient's intellect is average.
Attitude is cooperative.
Attention is gained and distracted.
Reasoning is fair.
Impulse control is fair.
Judgment is poor.
Insight is poor.
Patient's self-perception is realistic.
Thought processes show perseveration.
Patient has auditory hallucinations.
The patient does not express suicidal ideation.
The patient does not express homicidal ideation.

**Clinical Assessment**

**Axis I and Axis II:**
Unspecified psychosis (298.9)

**Axis IV:** Moderate
Problems related to:
legal system/crime
social environment

**Axis V:**
Current GAF: 65 on 05/10/2014.

**Abnormal Involuntary Movement Scale Modified (AIMS) Data Components**

**Facial and Oral Movements**

- FACIAL EXPRESSION MUSCLES: Movement of periorbital area, cheeks include frowning, blinking, smiling, grimacing **0 = No involuntary movement**
- LIPS AND PERIORAL AREA: Puckering, pouting, smacking **0 = No involuntary movement**
- JAW: biting, clenching, chewing, mouth opening, lateral movement **0 = No involuntary movement**
- TONGUE: Thrusting, rate only increases in movement both in and out of mouth NOT inability to sustain movement **0 = No involuntary movement**

**Extremity Movements**

- UPPER (arms, wrists, hands, fingers): include movements (rapid, objectively, purposeless, irregular, spontaneous), athetoid movements (slow, irregular, sinous). DO NOT INCLUDE tremor (repetitive, regular, rhythmic) **0 = No involuntary movement**

NAME: SISK, GEORGE
D.O.B.: 09/16/1977

- LOWER (legs, knees, ankles, toes): lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot, opening and closing of legs — **0 = No involuntary movement**

**Trunk Movements**

- NECK, SHOULDERS, HIPS: rocking, twisting, squirming, pelvic gyrations — **0 = No involuntary movement**

**Global Judgements**

- SEVERITY OF ABNORMAL MOVEMENTS — **0 = No involuntary movement**
- INCAPACITATION DUE TO ABNORMAL MOVEMENTS — **0 = No involuntary movement**
- PATIENT'S AWARENESS OF ABNORMAL — **0 = no awareness**

**Dental Status**

- CURRENT PROBLEMS WITH TEETH AND/OR DENTURES — **No**
- PATIENT USUALLY WEAR DENTURES — **No**

**Score** — **negative**

**Orders/Plan**

**Medications**

| Medication Name | Sig Desc | Stop Date |
|---|---|---|
| Zantac 150 mg tablet | Take one tablet by mouth two times per day | 10/25/2014 |
| perphenazine 4 mg tablet | Take one tablet by mouth twice daily | 07/01/2014 |
| Naprosyn 500 mg tablet | 1 tab po bid, prn | 05/24/2014 |

**Provider: Penelope Wadleigh NP 05/17/2014 6:40 PM**

**Document generated by: Penelope Wadleigh, NP 05/17/2014**

NAME: SISK, GEORGE
NUMBER: 944137
D.O.B.: 09/16/1977

**DEPARTMENT OF CORRECTION**

**SITE: NCP**
**COMPLETED BY: Penelope Wadleigh, NP 06/01/2014 4:31 PM**

---

PATIENT: GEORGE SISK
IDOC# 944137
DATE OF BIRTH: 09/16/1977
DATE: 06/01/2014 4:31 PM
VISIT TYPE: Medication Management

---

**History of Present Illness**

This 36 year old male presents with:

1. **noncompl with Trialfon, DC**
2. **Treatment team discussed**

**Chronic Problems**

| Axis | Description |
|---|---|
| | Personal history of noncompliance with medical tre |
| | Esophageal reflux |
| | Unspecified psychosis |
| Axis III | Hemorrhoids |
| Axis III | Pain in joint involving lower leg |

**Medical/Surgical History**

**Orders/Plan**

**Medications**

| Medication Name | Sig Desc | Stop Date |
|---|---|---|
| Zantac 150 mg tablet | Take one tablet by mouth two times per day | 10/25/2014 |
| perphenazine 4 mg tablet | Take one tablet by mouth twice daily | 06/01/2014 |

**Provider: Penelope Wadleigh NP 06/01/2014 4:32 PM**

**Document generated by: Penelope Wadleigh, NP 06/01/2014**

Ex. BB-7

NAME: SISK, GEORGE
NUMBER: 944137
D.O.B.: 09/16/1977

NAME: SISK, GEORGE
D.O.B.: 09/16/1977

**DEPARTMENT OF CORRECTION**

**SITE: NCP**
**COMPLETED BY: Ronald Wilson, LMHC 06/25/2014 11:45 AM**

| | |
|---|---|
| **PATIENT:** | **GEORGE SISK** |
| **IDOC#:** | **944137** |
| **DATE OF BIRTH:** | **09/16/1977** |
| **DATE:** | **06/25/2014 11:45 AM** |

## Treatment Plan Review

**Review type: 90 Day Treatment Review**
Last Physical Exam: 06/25/2014.

**Clinical Assessment**
**Axis IV:** Moderate
Problems related to:
legal system/crime
social environment
**Axis V:**
Current GAF: 60 on 06/25/2014.

**Medications**

| Medication Name | Sig | Start Date | Stop Date |
|---|---|---|---|
| Zantac 150 mg tablet | Take one tablet by mouth two times per day | 04/25/2014 | 10/25/2014 |

**Treatment plan**

| | | | |
|---|---|---|---|
| **Problem 1** | Lack of Understanding of Need for Treatment: Other non-compliance problem | | |
| **Goal** | Participates in assigned therapies | | |
| **Target Date** | 06/25/2014 | **Resolved Date** | |
| **Status** | Progress. | | |

| | | | |
|---|---|---|---|
| **Problem 2** | Chemical Dependence: Significant problems associated with drug use | | |
| **Goal** | Accepts chemical dependence as a problem | | |
| **Target Date** | 09/04/2014 | **Resolved Date** | |
| **Status** | Progress. | | |

**Summary of Progress to Date:** The offender has made progress during the reporting period with minor set-backs. He expressed the desire to transfer to IRT. He has participated in groups and individual therapy. The prognosis is moderate regarding future placement.

**Recommendations:** Transfer to IRT
Next review date: 09/25/2014

**Patient was present at meeting. Patient understands plan: Yes.**

**Patient's response to plan:** Agreed with plan

Ex. BB-6

NAME: SISK, GEORGE
D.O.B.: 09/16/1977

**Provider:  Ruth E. Reeves PsyD  06/25/2014 11:51 AM**

NAME:  SISK, GEORGE
NUMBER:  944137
D.O.B.:  09/16/1977

**DEPARTMENT OF CORRECTION**

**SITE: NCP**
**COMPLETED BY: Penelope Wadleigh, NP 08/01/2014 1:38 PM**

| | |
|---|---|
| PATIENT: | GEORGE SISK |
| IDOC# | 944137 |
| DATE OF BIRTH: | 09/16/1977 |
| DATE: | 08/01/2014 1:38 PM |
| HISTORIAN: | self |
| VISIT TYPE: | Medication Management |

**History of Present Illness**

This 36 year old male presents with:

**1. BH - Medication Management**

Ct reviewed Has been noncompliant with all AS prescribed, see 3/31/14 and subsequent entereies. Today has not taken Rx for over a month, no exacerbation of psychosis or depression endorsed. Is wanting to move from NCP to IRT. Claims his behavioral problems were d/t impulsivity. Is hoping to return to Marion Co, Indpls, IN and seek SSD for "mental disability" Has no desire to obtain work or a trade. EPRD 2017Is attending groups and IT and cooperative and appropriate

**2. off Perphenazine and no Rx at this time**

No akathisisa/dystonia or tic no si/hi no self harm

**Chronic Problems**

| Axis | Description |
|---|---|
| | Personal history of noncompliance with medical tre |
| | Esophageal reflux |
| | Unspecified psychosis |
| Axis III | Hemorrhoids |
| Axis III | Pain in joint involving lower leg |

**Medical/Surgical History**

**Medications**

**Active - Medication Module:**

| Medication Name | Sig | Start Date | Stop Date |
|---|---|---|---|
| Zantac 150 mg tablet | Take one tablet by mouth two times per day | 07/31/2014 | 01/30/2015 |

**Inactive - Medication Module:**

| Medication Name | Sig | Start Date | Stop Date |
|---|---|---|---|
| Zantac 150 mg tablet | Take one tablet by mouth two times per day | 04/25/2014 | 07/31/2014 |
| ACETAMINOPHEN 325 mg ORAL TABLET | Follow directions on package | 07/09/2014 | 07/16/2014 |
| perphenazine 4 mg tablet | Take one tablet by mouth twice daily | 03/31/2014 | 06/01/2014 |
| Naprosyn 500 mg tablet | 1 tab po bid, prn | 02/24/2014 | 05/24/2014 |
| amoxicillin 500 mg capsule | take one 2 x a day x 10 days | 04/25/2014 | 05/04/2014 |
| Zantac 150 mg tablet | Take one tablet by mouth two times per day | 04/17/2014 | 04/27/2014 |

Ex. BB-5

Zantac 150 mg tablet Take one tablet by mouth two times per day 01/23/2014 04/17/2014
Geodon 40 mg capsule Take one tablet by mouth in the evening 03/10/2014 03/31/2014
Motrin 800 mg Tab Take one tablet by mouth three times per day prn pain. 02/18/2014
02/24/2014
Motrin 800 mg Tab Take one tablet by mouth three times per day prn pain. 12/29/2011
02/18/2014
ACETAMINOPHEN 325 mg ORAL TABLET Follow directions on package 02/08/2014 02/12/2014
Miranel AF 2 % Topical Cream Apply cream to affected area twice per day, prn 09/16/2013
12/30/2013
Zoloft 50 mg tablet Take one tablet by mouth twice daily 11/20/2013 12/16/2013
Risperdal 1 mg tablet Take one tablet by mouth in the evening 10/14/2013 12/16/2013
Diflucan 150 mg tablet Take one tablet by mouth daily x 7 days 09/16/2013 09/24/2013
Miranel AF 2 % Topical Cream Apply cream to affected area twice per day 07/30/2012 09/16/2013
Antifungal (tolnaftate) 1 % Topical Cream Follow directions on package 08/02/2013 08/09/2013
HYDROCORTISONE 1 % TOPICAL OINT. (G) Follow directions on package
05/24/2013 05/27/2013
hydrocortisone 0.5 % Topical Cream 07/30/2012 09/10/2012
ibuprofen 600 mg Tab Take one capsule by mouth three times per day 07/25/2012
08/04/2012
cephalexin 500 mg Cap Take one capsule by mouth four times per day 07/25/2012
08/04/2012
Antifungal (tolnaftate) 1 % Topical Cream Follow directions on package 07/16/2012 07/23/2012
Hemorrhoidal 1 %-12.5 % Ointment Apply cream to affected area twice per day 01/30/2012 04/29/2012
Dulcolax 5 mg Tab 1 t ab bid Prn 01/30/2012 04/29/2012
Colace 100 mg Cap 1 T bid 01/30/2012 04/29/2012
Remedy Antifungal 2 % Topical Cream apply bid 01/23/2012 04/23/2012
Nupercainal 1 % Ointment Use as directed on package insert. 01/30/2012 01/30/2012
Nupercainal 1 % Ointment Use as directed on package insert. 12/28/2010 01/30/2012
Remedy Antifungal 2 % Topical Cream 12/28/2010 01/23/2012
amoxicillin 500 mg Cap Take one capsule by mouth three times per day until gone. 12/29/2011
01/08/2012
Acetaminophen 325 mg Tab Follow directions on package 12/18/2011 12/21/2011
Naprosyn 500 mg Tab 1 tab po bid 12/28/2010 04/28/2011
Anusol-HC 25 mg Suppository Unwrap and insert 1 suppository rectally every 4 hours as needed
12/28/2010 04/28/2011
Naprosyn 500 mg Tab 1 tab po bid 10/08/2010 11/08/2010
Tolnaftate 1 % Topical Cream Follow directions on package 10/18/2010 10/23/2010
Anusol-HC 25 mg Suppository Unwrap and insert 1 suppository rectally every 4 hours as needed
10/08/2010 10/15/2010
Tolnaftate 1 % Topical Cream Follow directions on package 08/08/2008 08/18/2008
Alamag 300 mg-150 mg Chewable Tab Follow directions on package 12/06/2007 12/16/2007

**Medication Compliance as Prescribed:**
Patient is not compliant with medication as prescribed. Detail: stopped taking all prescribed AS Rx, most recently perphenazine

**Medication Response:**
Moderate improvement.

**Side Effects/ Adverse Reactions:**
Denied

**<u>Mental Status</u>**

NAME: SISK, GEORGE
D.O.B.: 09/16/1977

The patient is not exhibiting signs of psychosis. No signs of mania.
Patient's appearance is appropriate.
Patient is oriented to person, place, time and situation.
Behavior is described as unremarkable.
Psychomotor behaviors are unremarkable.
Speech is appropriate.
Patient's affect is appropriate.
Patient's mood is euthymic.
Memory is intact.
Sensorium is clear consciousness.
Patient's intellect is average.
Attitude is cooperative.
Attention is gained.
Reasoning is fair.
Impulse control is fair.
Judgment is fair.
Insight is fair.
Patient's self-perception is realistic.
Thought processes are logical.
Thought content is unremarkable.
The patient does not express suicidal ideation.
The patient does not express homicidal ideation.

**Clinical Assessment**

**Axis IV:** Moderate

Problems related to:

legal system/crime
social environment

**Axis V:**

Current GAF: 65 on 08/01/2014.

**Abnormal Involuntary Movement Scale Modified (AIMS) Data Components**

**Facial and Oral Movements**

- FACIAL EXPRESSION MUSCLES: Movement of periorbital area, cheeks include frowning, blinking, smiling, grimacing **0 = No involuntary movement**
- LIPS AND PERIORAL AREA: Puckering, pouting, smacking **0 = No involuntary movement**
- JAW: biting, clenching, chewing, mouth opening, lateral movement **0 = No involuntary movement**
- TONGUE: Thrusting, rate only increases in movement both in and out of mouth NOT inability to sustain movement **0 = No involuntary movement**

**Extremity Movements**

- UPPER (arms, wrists, hands, fingers): include movements (rapid, objectively, purposeless, irregular, spontaneous), athetoid movements (slow, irregular, sinous). DO NOT INCLUDE tremor (repetitive, regular, rhythmic) **0 = No involuntary movement**
- LOWER (legs, knees, ankles, toes): lateral knee movement,

foot tapping, heel dropping, foot squirming, inversion and eversion of foot, opening and closing of legs **0 = No involuntary movement**

**Trunk Movements**

- NECK, SHOULDERS, HIPS: rocking, twisting, squirming, pelvic gyrations **0 = No involuntary movement**

**Global Judgements**

- SEVERITY OF ABNORMAL MOVEMENTS **0 = No involuntary movement**
- INCAPACITATION DUE TO ABNORMAL MOVEMENTS **0 = No involuntary movement**
- PATIENT'S AWARENESS OF ABNORMAL **0 = no awareness**

**Dental Status**

- CURRENT PROBLEMS WITH TEETH AND/OR DENTURES **No**
- PATIENT USUALLY WEAR DENTURES **No**

**Score** **negative**

**Orders/Plan**

**Medications**

| Medication Name | Sig Desc | Stop Date |
| --- | --- | --- |
| Zantac 150 mg tablet | Take one tablet by mouth two times per day | 01/30/2015 |

**Provider: Penelope Wadleigh NP 08/02/2014 4:47 PM**

**Document generated by: Penelope Wadleigh, NP 08/02/2014**

NAME: SISK, GEORGE
NUMBER: 944137
D.O.B.: 09/16/1977

**DEPARTMENT OF CORRECTION**

**SITE: NCP**
**COMPLETED BY: Ronald Wilson, LMHC 08/29/2014 1:55 PM**

---

| | |
|---|---|
| PATIENT: | GEORGE SISK |
| IDOC# | 944137 |
| DATE OF BIRTH: | 09/16/1977 |
| DATE: | 08/29/2014 1:55 PM |
| HISTORIAN: | self |
| VISIT TYPE: | Individual Therapy |

---

**History of Present Illness**

This 36 year old male presents with:

1. **BH - Individual Therapy**
2. **scheduled appointment**
3. **behavior disorder**

**Chronic Problems**

Axis Description
Personal history of noncompliance with medical tre
Esophageal reflux
Unspecified psychosis
Axis III Hemorrhoids
Axis III Pain in joint involving lower leg

**Medical/Surgical History**

**Progress Note**

**Direct Service:** Individual
**Individual(s) Present:** offender & mhp
**Length of Service:** 45-50 min
**Therapeutic Interventions:** Cognitive Behavioral, encourage decrease in or elimination of denial, encouragement to participate in group process, supportive,
**Comments:** Met with the offender in the day room for the scheduled appointment and he denied suicidal or self harm ideation, plan or intent and was not in acute distress. The offender stated that he was hearing voices and stated that he heard people talking and a ringing in his ears. He was not specific regarding what was being said. He did not appear to be responding to internal stimuli. The offender stated that he needed medications to help with agitation and was told to submit a health care request. The offender reported that he had submitted several HCR forms and did not receive a reply. He attends groups. he will be seen at the next appointed time.

**Mental Status**

Patient's appearance is appropriate.
Patient is oriented to person, place, time and situation.
Behavior is described as unremarkable.
Psychomotor behaviors are unremarkable.

Ex.
BB4

Speech is appropriate.
Patient's affect is labile.
Patient's mood is labile and irritable.
Memory is intact.
Sensorium is clear consciousness.
Patient's intellect is below average.
Attitude is cooperative and discouraged.
Attention is gained.
Reasoning is fair.
Impulse control is fair.
Judgment is fair.
Insight is fair.
Patient's self-perception is realistic.
Thought processes are logical, circumstantial and concrete.
Thought content is unremarkable. Patient has auditory hallucinations.
The patient does not express suicidal ideation.
The patient does not express homicidal ideation.
Patient is able to understand and agrees to refrain from harmful action.

**Clinical Assessment**

**Axis IV:** Moderate
Problems related to:
- legal system/crime
- social environment

**Axis V:**
Current GAF: 65 on 08/29/2014.

**Orders/Plan**

**Medications**

| Medication Name | Sig Desc | Stop Date |
|---|---|---|
| Zantac 150 mg tablet | Take one tablet by mouth two times per day | 01/30/2015 |

**Specific Plan Instructions**
Continue treatment plan as prescribed. Please see description below.

**Treatment Plan - Subsequent**

**Problem 1:** Lack of Understanding of Need for Treatment: Other non-compliance problem
**Goal:** Participates in assigned therapies
**Target Date:** 06/25/2014

Objective 1
Demonstrates knowledge and understanding of mental illness including signs, symptoms and treatment
Intervention: Group
Date: 06/25/2014 Frequency: weekly Staff: BHS

Objective 2
Identifies and discusses concerns regarding illness with mental health staff
Intervention: Individual Therapy
Date: 06/25/2014 Frequency: monthly Staff: MHP

| | | | |
|---|---|---|---|
| **Problem 2:** | Chemical Dependence: Significant problems associated with drug use | | |
| **Goal:** | Accepts chemical dependence as a problem | | |
| **Target Date:** | 09/04/2014 | | |

Objective 1

Identifies precipitants to relapse

| | | | |
|---|---|---|---|
| Intervention: | Individual Therapy | | |
| Date: | 04/11/2014 | Frequency: monthly | Staff: MHP/Psychologist |

Objective 2

Identifies negative consequences of substance use

| | | | |
|---|---|---|---|
| Intervention: | Individual Therapy | | |
| Date: | 04/11/2014 | Frequency: monthly | Staff: MHP/Psychologist |

**Provider: Ruth E. Reeves PsyD 08/29/2014 2:04 PM**

**Document generated by: Ronald Wilson, LMHC 08/29/2014**

NAME: SISK, GEORGE
NUMBER: 944137
D.O.B.: 09/16/1977

**DEPARTMENT OF CORRECTION**

**SITE: NCP**
**COMPLETED BY: Penelope Wadleigh, NP 09/12/2014 9:51 AM**

---

| | |
|---|---|
| PATIENT: | GEORGE SISK |
| IDOC# | 944137 |
| DATE OF BIRTH: | 09/16/1977 |
| DATE: | 09/12/2014 9:51 AM |
| HISTORIAN: | self |
| VISIT TYPE: | Medication Management |

---

**History of Present Illness**

This 36 year old male presents with:

**1. BH - Medication Management**

Ct reviewed Seen upon referral from MHP as has indicated a/h. When asked claims "I hear a ringing in my ears" To r/o tinnitus will ask MHP to facilitate a med referral to have this r/o. We discussed a very low dose of haldol in the AM He agreed NO akathisia/dystonia or tic no delusional material presented to day no si/hi no self harm And, all verbalizations are organized, linear and goal directed. No s/s of psychosis presented with the "ringing in the ears"

**2. late entry**

**Chronic Problems**

| Axis | Description |
|---|---|
| | Personal history of noncompliance with medical tre |
| | Esophageal reflux |
| | Unspecified psychosis |
| Axis III | Hemorrhoids |
| Axis III | Pain in joint involving lower leg |

**Medical/Surgical History**

**Medications**

**Active - Medication Module:**

| Medication Name | Sig | Start Date | Stop Date |
|---|---|---|---|
| Zantac 150 mg tablet | Take one tablet by mouth two times per day | 07/31/2014 | 01/30/2015 |
| haloperidol 0.5 mg tablet | one po qAM | 09/12/2014 | 12/20/2014 |
| ACETAMINOPHEN 325 mg ORAL TABLET | Follow directions on package | 09/19/2014 | 09/24/2014 |

**Inactive - Medication Module:**

| Medication Name | Sig | Start Date | Stop Date |
|---|---|---|---|
| ACETAMINOPHEN 325 mg ORAL TABLET | Follow directions on package | 08/08/2014 | 08/11/2014 |
| Zantac 150 mg tablet | Take one tablet by mouth two times per day | 04/25/2014 | 07/31/2014 |
| ACETAMINOPHEN 325 mg ORAL TABLET | Follow directions on package | 07/09/2014 | 07/16/2014 |
| perphenazine 4 mg tablet | Take one tablet by mouth twice daily | 03/31/2014 | 06/01/2014 |

Ex BB
BB-3

Naprosyn 500 mg tablet 1 tab po bid, prn 02/24/2014 05/24/2014
amoxicillin 500 mg capsule take one 2 x a day x 10 days 04/25/2014 05/04/2014
Zantac 150 mg tablet Take one tablet by mouth two times per day 04/17/2014 04/27/2014
Zantac 150 mg tablet Take one tablet by mouth two times per day 01/23/2014 04/17/2014
Geodon 40 mg capsule Take one tablet by mouth in the evening 03/10/2014 03/31/2014
Motrin 800 mg Tab Take one tablet by mouth three times per day prn pain. 02/18/2014
02/24/2014
Motrin 800 mg Tab Take one tablet by mouth three times per day prn pain. 12/29/2011
02/18/2014
ACETAMINOPHEN 325 mg ORAL TABLET Follow directions on package 02/08/2014 02/12/2014
Miranel AF 2 % Topical Cream Apply cream to affected area twice per day, prn 09/16/2013
12/30/2013
Zoloft 50 mg tablet Take one tablet by mouth twice daily 11/20/2013 12/16/2013
Risperdal 1 mg tablet Take one tablet by mouth in the evening 10/14/2013 12/16/2013
Diflucan 150 mg tablet Take one tablet by mouth daily x 7 days 09/16/2013 09/24/2013
Miranel AF 2 % Topical Cream Apply cream to affected area twice per day 07/30/2012 09/16/2013
Antifungal (tolnaftate) 1 % Topical Cream Follow directions on package 08/02/2013 08/09/2013
HYDROCORTISONE 1 % TOPICAL OINT. (G) Follow directions on package
05/24/2013 05/27/2013
hydrocortisone 0.5 % Topical Cream 07/30/2012 09/10/2012
ibuprofen 600 mg Tab Take one capsule by mouth three times per day 07/25/2012
08/04/2012
cephalexin 500 mg Cap Take one capsule by mouth four times per day 07/25/2012
08/04/2012
Antifungal (tolnaftate) 1 % Topical Cream Follow directions on package 07/16/2012 07/23/2012
Hemorrhoidal 1 %-12.5 % Ointment Apply cream to affected area twice per day 01/30/2012 04/29/2012
Dulcolax 5 mg Tab 1 t ab bid Prn 01/30/2012 04/29/2012
Colace 100 mg Cap 1 T bid 01/30/2012 04/29/2012
Remedy Antifungal 2 % Topical Cream apply bid 01/23/2012 04/23/2012
Nupercainal 1 % Ointment Use as directed on package insert. 01/30/2012 01/30/2012
Nupercainal 1 % Ointment Use as directed on package insert. 12/28/2010 01/30/2012
Remedy Antifungal 2 % Topical Cream 12/28/2010 01/23/2012
amoxicillin 500 mg Cap Take one capsule by mouth three times per day until gone. 12/29/2011
01/08/2012
Acetaminophen 325 mg Tab Follow directions on package 12/18/2011 12/21/2011
Naprosyn 500 mg Tab 1 tab po bid 12/28/2010 04/28/2011
Anusol-HC 25 mg Suppository Unwrap and insert 1 suppository rectally every 4 hours as needed
12/28/2010 04/28/2011
Naprosyn 500 mg Tab 1 tab po bid 10/08/2010 11/08/2010
Tolnaftate 1 % Topical Cream Follow directions on package 10/18/2010 10/23/2010
Anusol-HC 25 mg Suppository Unwrap and insert 1 suppository rectally every 4 hours as needed
10/08/2010 10/15/2010
Tolnaftate 1 % Topical Cream Follow directions on package 08/08/2008 08/18/2008
Alamag 300 mg-150 mg Chewable Tab Follow directions on package 12/06/2007 12/16/2007

**Mental Status**

The patient is not exhibiting signs of psychosis. No signs of mania.
Patient's appearance is appropriate.
Patient is oriented to person, place, time and situation.

Behavior is described as regressive.
Psychomotor behaviors are unremarkable.
Speech is appropriate.
Patient's affect is appropriate.
Patient's mood is euthymic.
Memory is intact.
Sensorium is clear consciousness.
Patient's intellect is average.
Attitude is cooperative.
Attention is gained.
Reasoning is fair.
Impulse control is fair.
Judgment is fair.
Patient's self-perception is realistic.
Thought processes are logical.
Thought content is unremarkable. Thought content reveals claims to hear "ringing in ears".
The patient does not express suicidal ideation.
The patient does not express homicidal ideation.

**Clinical Assessment**

**Axis IV:** Moderate
Problems related to:
legal system/crime
social environment

**Axis V:**
Current GAF: 65 on 09/12/2014.

**Orders/Plan**

**Medication Interventions**

| Medication Name | Sig Desc | Start Date | Stop Date |
|---|---|---|---|
| haloperidol 0.5 mg tablet | one po qAM | 09/12/2014 | 12/20/2014 |

**Medications**

| Medication Name | Sig Desc | Stop Date |
|---|---|---|
| ACETAMINOPHEN 325 mg ORAL TABLET | Follow directions on package | 09/24/2014 |
| haloperidol 0.5 mg tablet | one po qAM | 12/20/2014 |
| Zantac 150 mg tablet | Take one tablet by mouth two times per day | 01/30/2015 |

**Provider: Penelope Wadleigh NP 09/20/2014 5:00 PM**

**Document generated by: Penelope Wadleigh, NP 09/20/2014**

NAME: SISK, GEORGE
NUMBER: 944137
D.O.B.: 09/16/1977

NAME: SISK, GEORGE
D.O.B.: 09/16/1977

**DEPARTMENT OF CORRECTION**

**SITE: WVD**
**COMPLETED BY: Brion A. Bertsch, MD 10/14/2013 5:16 PM**

---

| | |
|---|---|
| PATIENT: | GEORGE SISK |
| IDOC# | 944137 |
| DATE OF BIRTH: | 09/16/1977 |
| DATE: | 10/14/2013 5:16 PM |
| HISTORIAN: | self |
| VISIT TYPE: | Medication Management |

---

**History of Present Illness**

This 36 year old male presents with:

**1. psychosis**

Pt seen in CCU phone room. Pt was referred for sx of psychosis (also see note of 10/9/13). Pt said, "it was worse at first, I was talking to people in my mind, like really talking without using my mouth, and hearing words and sounds like machinery, now it's mostly ringing in my ears 24/7 but it gets bad again occasionally". Pt seemed reluctant to talk about his sx, "it's scary, I just don't know what's up but I know something's not right, I only started having these fantasies after I came to this facility in 2011, it's not right". Pt denied having previous psych med tx, depressed mood, mania/hypomania sx but did say that he has frequent nights with restless sleep. Pt denied SI/HI. We discussed tx options including the possible benefits/side effects of risperidone. Pt signed a consent for tx with medication.

**Chronic Problems**

| Axis | Description |
|---|---|
| Axis I | Psychosis, Unspec |
| Axis III | Hemorrhoids |
| Axis III | Pain in joint involving lower leg |

**Medical/Surgical History**

**Medications**

**Active - Medication Module:**

| Medication Name | Sig | Start Date | Stop Date |
|---|---|---|---|
| Risperdal 1 mg tablet | Take one tablet by mouth in the evening | 10/14/2013 | 01/14/2014 |
| Miranel AF 2 % Topical Cream | Apply cream to affected area twice per day, prn | | 09/16/2013 |
| 12/30/2013 | | | |

**Mental Status**

The patient is exhibiting signs of psychosis. No signs of mania.
Patient's appearance is appropriate.
Patient is oriented to person, place, time and situation.
Behavior is described as a little agitated.
Psychomotor behaviors are frequent anxious smiles.
Speech is appropriate.
Patient's affect is constricted.
Patient's mood is anxious.

Ex. BB-2

Memory is intact.
Sensorium is clear consciousness.
Patient's intellect is average.
Attitude is cooperative.
Attention is gained.
Reasoning is poor.
Impulse control is fair.
Judgment is fair.
Insight is fair.
Patient's self-perception is realistic.
Thought processes show loose associations.
Patient has auditory hallucinations. Thought content reveals ideas of reference.
The patient does not express suicidal ideation.
The patient does not express homicidal ideation.

**Clinical Assessment**

**Axis I and Axis II:**
Axis I Psychosis, Unspec (298.9)
**Axis IV:** Mild
Problems related to:
legal system/crime
social environment
**Axis V:**
Current GAF: 50 on 10/14/2013.

**Abnormal Involuntary Movement Scale Modified (AIMS) Data Components**

**Facial and Oral Movements**

- FACIAL EXPRESSION MUSCLES: Movement of periorbital area, cheeks include frowning, blinking, smiling, grimacing **0 = No involuntary movement**
- LIPS AND PERIORAL AREA: Puckering, pouting, smacking **0 = No involuntary movement**
- JAW: biting, clenching, chewing, mouth opening, lateral movement **0 = No involuntary movement**
- TONGUE: Thrusting, rate only increases in movement both in and out of mouth NOT inability to sustain movement **0 = No involuntary movement**

**Extremity Movements**

- UPPER (arms, wrists, hands, fingers): include movements (rapid, objectively, purposeless, irregular, spontaneous), athetoid movements (slow, irregular, sinous). DO NOT INCLUDE tremor (repetitive, regular, rhythmic) **0 = No involuntary movement**
- LOWER (legs, knees, ankles, toes): lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot, opening and closing of legs **0 = No involuntary movement**

**Trunk Movements**

- NECK, SHOULDERS, HIPS: rocking, twisting, squirming, pelvic gyrations **0 = No involuntary movement**

**Score** **negative**

**Orders/Plan**

**Medication Interventions**

| Medication Name | Sig Desc | Start Date | Stop Date |
|---|---|---|---|
| Risperdal 1 mg tablet | Take one tablet by mouth in the evening | 10/14/2013 | 01/14/2014 |

**Medications**

| Medication Name | Sig Desc | Stop Date |
|---|---|---|
| Risperdal 1 mg tablet | Take one tablet by mouth in the evening | 01/14/2014 |
| Miranel AF 2 % Topical Cream | Apply cream to affected area twice per day, prn | 12/30/2013 |

**Specific Plan Instructions**

Will start risperidone 1mg qpm and cont to follow.

**Office Procedures/Services**

Patient understood and made informed decision

**Instructions/Education**

Discussed risk/ benefits/ side effects of treatment

Start new medication

Activity as tolerated

**Provider: Brion A. Bertsch MD 10/14/2013 5:31 PM**

**Document generated by: Brion A. Bertsch, MD 10/14/2013**

NAME: SISK, GEORGE
NUMBER: 944137
D.O.B.: 09/16/1977